# FAYETTE COUNTY,

## December Term, 1794.

### PENNSYLVANIA *v.* JOHN M'FALL.

THIS was an indictment for the murder of *John Chadwick*, on 10th *November*, 1794. In the morning of this day, *M'Fall* was drunk, came to the house of *Chadwick*, who kept a tavern, and got some liquor there. One *Myers*, a constable, came there. *M'Fall* had expressed resentment against *Myers*, for having taken him on a warrant, and had threatened to kill or cripple him, the first time he met him. When *M' Fall* saw *Myers* he jumped up, and said he would have his life.— *Chadwick* reproved *M'Fall* for this. *M'Fall* rubbed his fists at *Chadwick*, and said he was not so drunk but he knew what he was doing. *Myers* soon went away. *M'Fall* went out after him, and again said he would have

1794.

his life. *Myers* rode off. *M'Fall* returned to go into the houfe again. *Chadwick* bade him go home ; for he had abufed feveral people that day, and had got liquor enough. *M'Fall* fhook hands with *Chadwick*, and went away. *Chadwick* fhut the door. About two minutes after, he returned. *Chadwick* rofe to keep the door fhut. *M'Fall* jerked it off the hinges; dragged *Chadwick* out ; and ftruck him feveral times with a club on the head.— His fcull was fractured by the blows ; and he died the fecond day after.

*H. Rofs*, for the defendant. Murder in the firft degree muft be premeditated. *M'Fall* was drunk, and thereby incapacitated to form any previous purpofe of malice. He is only guilty of murder in the fecond degree, a killing in paffion, not of malice. I fubmit it to the jury on the facts whether it be more than man-flaughter.

*Galbraith*, for the ftate, argued, that it was murder in the firft degree.

PRESIDENT. The malice neceffary to make an unlawful killing murder, may be either exprefs, as plain marks of a deliberate defign ; or implied, from the aggravated nature and cruelty of the killing.

3 *St. L.* 599.

It feems to be the intent of our act of affembly to ufe the diftinction between exprefs and implied malice, for the purpofe of difcriminating between the murder which fhall be punifhed by death, and the murder which fhall be punifhed by confinement to hard labour. Murder committed with malice exprefs, as by poifon, lying in wait, or any other premeditated murder, or in commiffion of rape, burglary, &c. is ftiled murder in the firft degree, and punifhed with death. Murder committed without previous defign, but from implied malice only, as in the heat of paffion, and the killing undefigned, though without reafonable provocation, with a weapon likely to kill, is murder in the fecond degree, and punifhed with confinement to hard labour.

3 *St. L.* 601.

Manflaughter, though diftinguifhed into voluntary and involuntary, in other refpects remains here as in *England :* fo that whatever would be manflaughter there, is here alfo manflaughter, either voluntary or involuntary : but here involuntary manflaughter may be proceeded againft as a mifdemeanor.

In this cafe, the killing is clearly more than man-
flaughter : for every unlawful killing is prefumed mur-
der, unlefs the perfon accufed can fhew fuch circum-
ftances, as will reduce it to a lower degree of homicide.
The defendant has fhewn no fuch extenuating circum-
ftances ; no provocation, no affault ; nothing done by
*Chadwick*, to leffen the crime of *M'Fall*. Therefore the
killing is clearly murder.

What facts conftitute one kind of homicide or ano-
ther, is a queftion of law purely. Whether the facts
exift ; or whether they proceeded from fuch a purpofe ;
is to be afcertained by the jury. When afcertained, no-
thing remains but a queftion of law to be decided by
the court.

The facts here, which ftand altogether uncontradict-
ed, amount then clearly to murder. The queftion is of
what degree.

If of the firft degree, it muft be becaufe premeditated.
It cannot come within any other of the definitions of
murder of the firft degree.

To make it premeditated, it is not neceffary, that the
defign fhould be *long* formed. If the defign of killing be
formed previous to the act, I am inclined to believe it
is the true meaning of the law, that it is murder in the
firft degree.

Drunkennefs does not incapacitate a man for forming
a premeditated defign of murder ; but frequently fug-
gefts it. A drunk man certainly may be guilty of mur-
der. But as drunkennefs clouds the underftanding, and
excites paffion, it may be evidence of paffion only, and
of want of malice and defign. This I leave to you.

If you believe, that *M'Fall* returned to the door, with
a purpofe of killing *Chadwick* ; or gave the ftroke,
with a purpofe of killing *Chadwick*, it is murder in the
firft degree. If he had no fuch previous purpofe, ftill
it is murder, but of the fecond degree.

The jury found him guilty of murder in the firft de-
gree. He received fentence of death, and was hanged.